440 A.2d 1190

### SCRANTON FEDERATION OF TEACHERS, LOCAL 1147, AFT, Appellant,

v.

### SCRANTON SCHOOL DISTRICT.

Supreme Court of Pennsylvania.

Argued Jan. 19, 1982.

Decided Feb. 19, 1982.

Michael Brodie, Philadelphia, for appellant.

Edwin A. Abrahamsen, Scranton, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents and would reverse the Order of the Commonwealth Court, 45 Pa.Cmwlth. 385, 407 A.2d 61.